UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS WILLIAM BROWN | ) | |
| | ) | |
| v. | ) | NO. 3:10-1146 |
| | ) | JUDGE CAMPBELL |
| CITY OF FRANKLIN, TN, et al. | ) | |

ORDER

Pending before the Court is a Joint Motion to Administratively Close File (Docket No. 58). The Motion is GRANTED and the Clerk is directed to close the file administratively. The jury trial scheduled for September 11, 2012, and the pretrial conference scheduled for August 31, 2012 are CANCELLED.

The file may be reopened by filing of a motion.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE